UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JAMES EDWARD WHITE | ) | BANKRUPTCY CASE NUMBER 08-12602 |
| LORI ELLEN WHITE | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | David M. Allen, D.D.S.<br>c/o Robert A. Schlifke, Attorney<br>PO Box 11296<br>South Bend, IN 46634 | $ 0.86 |
| CLAIM # 3 | American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | $ 0.10 |
| CLAIM # 4 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 1.51 |
| CLAIM # 5 | Worldwide Asset Purchasing II<br>c/o West Asset Purchasing, Inc.<br>PO Box 105698<br>Atlanta, GA 30348 | $ 0.20 |
| CLAIM # 6 | St. Joseph Hospital<br>700 Broadway<br>Fort Wayne, IN 46802 | $ 0.16 |

| | | |
|---|---|---|
| CLAIM # 7 | Dupont Hospital<br>2520 East Dupont Road<br>Fort Wayne, IN 46825 | $ 4.15 |
| CLAIM # 9 | Snow & Sauerteig, LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, IN 46802 | $ 0.80 |
| CLAIM #11 | Verizon North by Vativ Recovery<br>Agent for Palisades/Asta Funding<br>PO Box 19249<br>Sugar Land, TX 77496 | $ 0.14 |
| CLAIM #12 | Heilig Meyers by Vativ Recovery<br>Agent for Palisades/Asta Funding<br>PO Box 19249<br>Sugar Land, TX 77496 | $ 0.39 |

**TOTAL:   $ 8.31**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of October, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven